USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/08/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ELISA MUNGUIA, on behalf of herself,
FLSA Collective Plaintiffs, and the Class,

                               Plaintiff,                  **ORDER SCHEDULING TELEPHONE CONFERENCE**

      -against-                                        **22-CV-5744 (JMF)**

PUP CULTURE LLC et al.,

                               Defendants.
-------------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for settlement purposes (docket no. 18).  A telephone conference will be held on **Wednesday, August 24, 2022 at 4:30 p.m.** in advance of a settlement conference.  The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call.  Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267**.

      **The Plaintiff is directed to serve this order, and a copy of the complaint on the Defendants.**

      SO ORDERED.

Dated: July 8, 2022
       New York, New York

                                                      KATHARINE H. PARKER
                                                      United States Magistrate Judge