```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/24/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

  ELISA MUNGUIA, on behalf of herself,
  FLSA Collective Plaintiffs, and the Class,

                                      Plaintiff,          **ORDER SCHEDULING**
                                                                      **SETTLEMENT CONFERENCE**

                -against-

                                                                    **22-CV-5744 (JMF)**

  PUP CULTURE LLC et al.,

                                        Defendants.
------------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       A settlement conference in this matter is scheduled for **Wednesday, December 14, 2022 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **December 7, 2022 by 5:00 p.m.**

       SO ORDERED.

Dated: August 24, 2022
       New York, New York

                                                                   _____
                                                                   KATHARINE H. PARKER
                                                                   United States Magistrate Judge