UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELISA MUNGUIA, *on behalf of herself, FLSA Collective Plaintiffs and the Class,*

      Plaintiff,

-against-

PUP CULTURE LLC
 d/b/a PUPCULTURE,
PUPCULTURE DUMBO LLC
 d/b/a/ PUPCULTURE DUMBO,
PUPCULTURE FIDI LLC
 d/b/a/ PUPCULTURE FIDI,
PUPCULTURE TRIBECA LLC
 d/b/a/ PUPCULTURE TRIBECA,
PUPCULTURE UWS LLC
 d/b/a/ PUPCULTURE WEST 57,
JOHN DOE CORPORATION
 d/b/a PUPCULTURE SOHO,
and IBRAHIM ALIMIMEH,

      Defendants.

Case No.: 22-cv-05744-JMF

**NOTICE OF PLAINTIFF'S MOTION FOR CONDITIONAL COLLECTIVE CERTIFICATION AND FOR COURT FACILITATION OF NOTICE PURSUANT TO 29 U.S.C. § 216(b)**

---

  Please take notice that upon the accompanying Memorandum of Law and annexed materials, Plaintiff, on behalf of himself and all others similarly situated, by his undersigned attorneys, hereby moves for the relief detailed in the proposed Order attached hereto as **Exhibit 1**.

Dated: New York, New York  Respectfully submitted,
      November 7, 2022

                                        **LEE LITIGATION GROUP, PLLC**

By:   */s/* C.K. Lee
       C.K. Lee, Esq. (CL 4086)
       Anne Seelig, Esq. (AS 3976)
       Lee Litigation Group, PLLC
       148 West 24th Street, Eighth Floor
       New York, NY 10011
       Tel: (212) 465-1188
       Fax: (212) 465-1181
       *Attorneys for Plaintiff, FLSA Collective*
       *Plaintiffs and the Class*