UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELISA MUNGUIA, *on behalf of herself, FLSA Collective Plaintiffs and the Class,*

                Plaintiff,

v.

PUP CULTURE LLC
    d/b/a PUPCULTURE,
PUPCULTURE DUMBO LLC
    d/b/a/ PUPCULTURE DUMBO,
PUPCULTURE FIDI LLC
    d/b/a/ PUPCULTURE FIDI,
PUPCULTURE TRIBECA LLC
    d/b/a/ PUPCULTURE TRIBECA,
PUPCULTURE UWS LLC
    d/b/a/ PUPCULTURE WEST 57,
JOHN DOE CORPORATION
    d/b/a PUPCULTURE SOHO,
and IBRAHIM ALIMIMEH,
                Defendants.

Case No.: 1:22-cv-05744

**NOTICE OF ACCEPTANCE
OF OFFER OF JUDGMENT**

---

       Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff Elisa Munguia hereby accepts and provides notice that she has accepted the Offer of Judgment from Defendants dated December 19, 2022, and annexed hereto as **Exhibit A**.

Dated: December 20, 2022

                                                  Respectfully submitted,

                                      By:

                                                  C.K. Lee, Esq. (CL 4086)
                                                  LEE LITIGATION GROUP, PLLC
                                                  148 West 24th Street, 8th Floor
                                                  New York, NY 10011
                                                  Tel.: (212) 465-1188
                                                  Fax: (212) 465-1181
                                                  *Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2022, I caused Plaintiff's Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

Gregory Nahas, Esq.
Pardalis & Nohavicka, LLP
950 Third Ave, 11th Floor
New York, NY 10022
Tel: 718.777.0400
greg@pnlawyers.com
*Attorney for Defendants*

By: _____
C.K. Lee, Esq.