**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ELISA MUNGUIA, *on behalf of herself, FLSA Collective Plaintiffs and the Class,*

                Plaintiff,

v.

PUP CULTURE LLC
    d/b/a PUPCULTURE,
PUPCULTURE DUMBO LLC
    d/b/a/ PUPCULTURE DUMBO,
PUPCULTURE FIDI LLC
    d/b/a/ PUPCULTURE FIDI,
PUPCULTURE TRIBECA LLC
    d/b/a/ PUPCULTURE TRIBECA,
PUPCULTURE UWS LLC
    d/b/a/ PUPCULTURE WEST 57,
JOHN DOE CORPORATION
    d/b/a PUPCULTURE SOHO,
and IBRAHIM ALIMIMEH,
                Defendants.

**Case No.**: 1:22-cv-05744

~~[PROPOSED]~~
**RULE 68 JUDGMENT**

---

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Pup Culture LLC d/b/a Pupculture, Pupculture Dumbo LLC d/b/a/ Pupculture Dumbo, Pupculture Fidi LLC d/b/a/ Pupculture Fidi, Pupculture Tribeca LLC d/b/a/ Pupculture Tribeca, Pupculture UWS LLC d/b/a/ Pupculture West 57, John Doe Corporation d/b/a Pupculture Soho, and Ibrahim Alimimeh (collectively, "Defendants"), having offered to allow Plaintiff Elisa Munguia ("Plaintiff") to take a judgment against them, in the sum of Fifty Thousand Dollars and No Cents ($50,000.00), in consideration of Plaintiff dismissing this case with prejudice, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated December 19, 2022 and filed as Exhibit A to Docket Number 37;

**WHEREAS**, on December 20, 2022, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 37);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Elisa Munguia, in the sum of Fifty Thousand Dollars and No Cents ($50,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated December 19, 2022 and filed as Exhibit A to Docket Number 37.

**SO ORDERED:**

Dated: __December 20__, 2022
New York, New York

_____
U.S.D.J.

The Clerk of Court is directed to terminate ECF No. 29 and to close this case. All conferences are canceled. All motions are moot.