UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ELISA MUNGUIA, *on behalf of herself,*
*FLSA Collective Plaintiffs and the Class*,          1:22-CV-05744

                Plaintiffs,

                                          **SATISFACTION**
     v.                                      **OF JUDGMENT**

PUP CULTURE LLC
    d/b/a PUPCULTURE,
PUPCULTURE DUMBO LLC
    d/b/a/ PUPCULTURE DUMBO,
PUPCULTURE FIDI LLC
    d/b/a/ PUPCULTURE FIDI,
PUPCULTURE TRIBECA LLC
    d/b/a/ PUPCULTURE TRIBECA,
PUPCULTURE UWS LLC
    d/b/a/ PUPCULTURE WEST 57,
JOHN DOE CORPORATION
    d/b/a PUPCULTURE SOHO,
and IBRAHIM ALIMIMEH,FORLINI'S RESTAURANT
INC, JOSPEH FORLINI and DEREK FORLINI,

                Defendants.
------------------------------------------------------------------X

      WHEREAS, a judgment was entered in the above action on the 20th day of December, 2022 in favor of plaintiff ELISA MUNGUIA and against defendants PUP CULTURE LLC d/b/a PUPCULTURE, PUPCULTURE DUMBO LLC d/b/a/ PUPCULTURE DUMBO, PUPCULTURE FIDI LLC d/b/a/ PUPCULTURE FIDI, PUPCULTURE TRIBECA LLC d/b/a/ PUPCULTURE TRIBECA, PUPCULTURE UWS LLC d/b/a/ PUPCULTURE WEST 57, JOHN DOE CORPORATION d/b/a PUPCULTURE SOHO, and IBRAHIM ALIMIMEH in the amount of $50,000.00 to resolve all of Plaintiff's wage, salary and compensation claims against all Defendants, other than claims for attorney's fees and costs, and said judgment having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: New York, New York
      March 6, 2023

LEE LITIGATION GROUP, PLLC

_____
CK Lee, Esq.
LEE LITIGATION GROUP, PLLC
148 West 24th Street, 8th Floor
New York, New York 10011
T: (212) 465-1180
E: cklee@leelitigationgroup.com

STATE OF NEW YORK    )
                                    ) ss.:
COUNTY OF NEW YORK  )

On the 6th day of March, 2023, before me personally came C.K. Lee, to me known and known to be a member of the firm Lee Litigation Group, PLLC, attorneys for plaintiff in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

_____
Notary Public

Anne Seelig-Suhrcke
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02SE6113610
Qualified in Queens County
Commission Expires 8/02/2024